UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN V. MÁRQUEZ by his Guardian ROSANNA A. MÁRQUEZ, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 21 C 643<br>) |
| v. | )<br>) Judge Rowland<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | ) |

## **DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINES**

Defendant United States of America, by its attorney, John R. Lausch, Jr., moves with no opposition from the plaintiff Benjamin V. Márquez by his guardian Rosanna A. Márquez, to extend the deadline for the response to the complaint and reset the deadline for the joint initial status report. In support, the United States provides the following:

1. Plaintiff Benjamin V. Márquez by his guardian Rosanna A. Márquez filed this action on February 3, 2021, alleging medical negligence in connection with treatment received at the Jesse Brown VA hospital and asserting a cause of action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1) and 2674. As measured by the service of the complaint on the U.S. Attorney's office on February 12, 2021, the response to the complaint is due on April 13, 2021. Fed. R. Civ. P. 12(a)(2).

2. On February 17, 2021, the court ordered the parties to file a joint initial status report by April 19, 2021.

3. The undersigned Assistant United States Attorney recently was assigned to represent the United States in this matter and needs additional time to become familiar with the case, in order to prepare the response to the complaint and engage with plaintiff's counsel

regarding preparation of a joint initial status report. Accordingly, the defendant requests that the court extend the deadline to respond to the complaint by two weeks, until April 27, 2021, and reset the deadline for the joint initial status report to a date after the April 27th response deadline.

4. The undersigned conferred with plaintiff's counsel, Steven Rosenberg, regarding the relief sought in this motion and confirmed that plaintiff has no objection to the extension of dates requested.

5. This is the first request for an extension of these deadlines, and the extension is necessary for the defendant to prepare its response to the complaint.

WHEREFORE, defendant, with no opposition from the plaintiff, requests that the deadline for the response to the complaint be extended to April 27, 2021, and the joint initial status report deadline now set for April 19, 2021, be extended until sometime after April 27, 2021.

        Respectfully submitted,

        JOHN R. LAUSCH, Jr.
        United States Attorney

        By: s/ Sarah J. North
            SARAH J. NORTH
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-1413
            sarah.north@usdoj.gov